UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Wayne Adam Rickert
1009 TAYLOR AVE Apt. B
Scranton, PA. 18510

(Enter above the full name of
plaintiff in this action)

v.

Frederick M. Maurin (commisioner Region II)
26 Federal PLAZA
New York, N.Y 10278
Room 40-100

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:20-CV-300

(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

FEB 20 2020

PER _____
       DEPUTY CLERK

COMPLAINT

1. The plaintiff  Wayne Adam Rickert  a citizen of

the County of  Lackawanna  State of

Pennsylvania, residing at  1009 Taylor Ave, Apt B, Scranton PA. 18510

wishes to file a complaint under  504 violations, (missing Medical records)
(give Title No. etc.)
Medicaid Fraud (Health and Human Services)

2. The defendant is  Commisioner Region II  southern district
New York  state (Binghamton Social Security office)

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) Mispelled name on Medicaid insurance, Cardiologist; Eugene Lozner medical reports missing from January 2018 - Oct 31, 2019 - Hearing Binghamton N.Y Verified Human Rights complaint Case No. 10186577 - Sexually assoulted and harressed. New established onset date 9/4/2018 was still under statue of appeal (Appeal was made 9/25/2018) - Therefore I was denied back-pay discriminatly. Also ongoing Id theft; Derrick McCall was arrested 7/18 by FTC Investigator 6620 FLy Rd. East Syracuse @ Accent pysical Therapy (I was patient)

4. WHEREFORE, plaintiff prays that __this court reckognize;__ __that several medical records where missing due to no fault of my own, making it impossible to represent myself legally. Ongoing Financial fraud and harrassement left me feeling in fear for my life. I appealled SSA Hearing legally and therefore should receive - all back pay.__

Wayne Ricket
(Signature of Plaintiff)



    

### ST. JOSEPH'S HEALTH
St. Joseph's Physicians
A Member of Trinity Health

COLA

1000 East Genesee Street Suite 300  Syracuse , NY  13210
Phone:  (315) 471-1044  Fax: (315) 474-4312
**Name**: Wayne Rickert  **DOB**: 01/27/1968  **PT ID**: 301443  **Date**:  January 17, 2019  **Page**:  1

Clinic Visit Date: 01/17/2019          2 yr
**Reason for your Visit:**
Wayne Rickert is seen today at the New York Heart Center for reevaluation of abnormal EKG, hypertension, smoking and obesity.

**Based on this visit, your provider recommended the following:**
1) Bring ALL medications to each office visit in their original containers.
2) Cardiac risk factor modification recommended:  diet low cholesterol.
3) Cardiac risk factor modification recommended:  diet low sodium.
4) Patient was advised to report symptoms or worsening of the following:  chest pain, dyspnea, edema, palpitations or syncope.
5) Return to clinic in 6 months.  Patient is instructed to contact the office with any questions or concerns.
6) Patient was extensively counseled about the risk of smoking on their cardiovascular system and health in general, offered help in regards to medication and behavioral therapy and advised to quit smoking entirely.

**Problems associated with your visit include:**
Added new problem of PRE-OPERATIVE CARDIOVASCULAR EXAMINATION (ICD-V72.81) (ICD10-Z01.810)

**Complete Problems list:**
**Onset Date/Problem Description/ICD Code**
01/17/2019 PRE-OPERATIVE CARDIOVASCULAR EXAMINATION (ICD-V72.81) (ICD10-Z01.810)
10/24/2017 Hypertension (ICD-401.9) (ICD10-I10)
10/20/2017 RIGHT BUNDLE BRANCH BLOCK (ICD-426.4) (ICD10-I45.10)
10/24/2017 Cigarette smoker (ICD-305.1) (ICD10-F17.210)
10/24/2017 Obesity (ICD-278.00) (ICD10-E66.9)

**Most recent Vitals observed:**
Weight: 253 pounds
BMI: 37.36
Pulse Rate: 58 beats/minute
Pulse Rhythm: regular
Respiration Rate: 18 breaths/minute
Blood Pressure: 138 / 86 mmHg

**Scheduled Appointments:**
<None>
**Immunizations:**



**Hill Medical Center; 1000 East Genesee St; Suite 300  Syracuse , NY  13210-1851**
**Phone:  (315) 471-1044  Fax: (315) 474-4312**
**Name:** Wayne Rickert  **DOB:** 01/27/1968  **PT ID:** 301443    *January 29, 2018*        *Page:1*

Clinic Visit Date: 01/29/2018
**Reason for your visit:**
Wayne Rickert is seen today at the New York Heart Center for evaluation of abnormal EKG and hypertension.

**Based on this visit, your provider recommended the following:**
1)  Return to clinic in 1 month.  Patient is instructed to contact the office with any questions or concerns.
2)  Ambulatory blood pressure monitoring recommended for more effective management of patient's blood pressure.
3)  Bring ALL medications to each office visit in their original containers.
4)  Medications have been reviewed by me, personally, and required changes were made on the basis of clinical necessity.  Please see above.
5)  Detailed medication instructions were given.
6)  Patient's previous records, notes and labs have been reviewed.
7)  Patient to follow-up with Primary Care Physician.
8)  Cardiac risk factor modification recommended:  avoid tobacco use.
9)  Cardiac risk factor modification recommended:  diet low cholesterol.
10)  Cardiac risk factor modification recommended:  diet low sodium.
11)  Cardiac risk factor modification recommended:  exercise as indicated.
12)  Cardiac risk factor modification recommended:  weight loss.
13)  New medication was discussed with the patient including the indication and appropriate use. Common side effects were also discussed and the patient was instructed to call if they had any questions or concerns.
14)  Patient was advised to report symptoms or worsening of the following:  chest pain, dyspnea, edema, palpitations or syncope.
15)  Patient was extensively counseled about the risk of smoking on their cardiovascular system and health in general, offered help in regards to medication and behavioral therapy and advised to quit smoking entirely.


**Problems associated with your visit include:**
<None>

**Complete Problems list:**
**Onset Date/Problem Description/ICD Code**
10/24/2017 Hypertension (ICD-401.9) (ICD10-I10)
10/20/2017 RIGHT BUNDLE BRANCH BLOCK (ICD-426.4) (ICD10-I45.10)
10/24/2017 Cigarette smoker (ICD-305.1) (ICD10-F17.210)
10/24/2017 Obesity (ICD-278.00) (ICD10-E66.9)

*I Demand Full Payment Federal Court Review, Underpayment.*

Attention: Medical Records **; SSA .**

Dear Records Custodian: **CARDIOLOGIST!.**

I am a patient of ___**Eugene LOZNER** (2 abnormal EKG's within A YEAR)!___
My birth date is 01/27/1968 . I request copies of any and all of my medical records including, but not limited to radiological films, surgery notes, and outside records. **Please provide the above information in electronic format in the Adobe Acrobat PDF format**.

Please send the electronic records to my legal representative as follows:

> Disability Justice c/o ReleasePoint
> PO Box 1390
> St. Peters, MO 63376
> Email: records@releasepoint.com
> Fax number: 415-491-0277

*Dating 1/18 1/19*

When preparing the electronic records please refer to:

- 45 CFR 164.524: a reasonable, cost-based fee, provided that the fee includes only the cost of labor, supplies, postage and preparing a summary of protected health information; and

*January 2018 onset Date heart arrithmia*

- 42 U.S. Code 17935: electronic form shall not be greater than the entity's labor costs

**Please note that violations of the HITECH Act through willful neglect carry a penalty of up to $1,500,000 dollars (See 42 U.S.C. 1320d-5). This letter is your formal notice of your obligation to comply with the requirements of this Act. If you do not intend to comply please have your compliance or legal department contact Disability Justice at HITechCompliance@disabilityjustice.com.**

*SS AMOUNT 1.5 million dollars*

Signed,

Wayne Rickert

*which the attorney thought was appropriate for back pay. (2018) — ENOUGH WORK CREDITS*

# Social Security Administration
# Supplemental Security Income

SOCIAL SECURITY
SUITE 300
2 COURT STREET
BINGHAMTON NY 13901
Date:  November 15, 2019
Recipient SSN:  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

WAYNE ADAM RICKERT I
122 FOULDS RD
PITCHER, NY 13136

Time:  10:02 AM ET
Unit:  JLJ

## Review Statement Summary for Supplemental Security Income

The following information is provided to support this application for Supplemental Security Income.

## What You Need To Do

- Review this summary to ensure we recorded your statements correctly.

- If you agree with all your statements, you should keep this summary for your records.

- If you disagree with any of your statements, you should contact us within 10 days after receiving this summary to let us know.

## Identification

My name is WAYNE ADAM RICKERT I.  My social security number is 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.

I am not blind.

I am disabled.  My disability began on May 31, 2016.

I was married before to WENDY RICKERT on February 14, 2002.  Her social security number is unknown.  Her age is 50.  The marriage ended in divorce.

anulled  June 2006,

She is not blind or disabled.

less than  4 years

I am not married now.

See Next Page

## Fugitive Felon Information

The following statements describe my fugitive felon status as of September 12, 2018.

I have not been accused or convicted of a felony or an attempt to commit a felony.

## Living Arrangements

I have not been outside the United States for a calendar month or 30 consecutive days since September 12, 2018.

I have not spent a calendar month in a hospital, nursing home, correctional facility, or any type of institution since September 12, 2018.

The following statements describe my living arrangements as of September 1, 2018.

I began living at 43 BIRDSALL ST APT D, NORWICH, NY 13815 on January 1, 2013.

I live in a house/apartment/mobile home/houseboat.

I do not get help or money from any person not living with me or any agency to pay for food, rent, mortgage payments, property insurance, property taxes, heating fuel, gas, electricity, garbage removal, water or sewerage.

The household consists of the following people:

Name:  W RICKERT
    Relationship:  Claimant Claimant Age or Date of Birth:  01/27/1968
    Blind or Disabled:  Yes Married:  Yes Student:

married  NO

Name:  M Fisher
    Relationship:  Non-Relative Claimant Age or Date of Birth:  45
    Blind or Disabled:  Yes Married:  No Student:  No

Not all of the people I live with get public assistance.

Melissa Fisher rents the home where I live.  The rent is $600.00 monthly.

No one in the household is a parent or child of either the landlord or his/her spouse.

I do not buy food separately from the other household members.

I do not eat all of my meals out.

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
11/15/2019

From September 2017 to August 2018, the average monthly household expenses were:  food $200.00, mortgage/rent $600.00, property insurance N/A, property taxes N/A, heating fuel $0.00, electricity $0.00, gas $0.00, garbage removal $0.00, water $0.00, and sewer $0.00.

During this period I paid an average of $0.00 cash toward the household expenses each month.

During this period the other people in the household paid an average of $800.00 cash toward the household expenses each month.

I am not receiving any food or shelter from the people I live with for which I have an agreement to repay.

There have not been any changes in my living arrangements.

I do not expect these arrangements to change.

## Resources

This report of resources is valid for any and all SSI claims in which I am involved.

I own the following from September 1, 2018 to continuing:

I do not own any other type of resource.

## Income

This report of income is valid for any and all SSI claims in which I am involved.

I receive or expect to receive the following income from September 1, 2018 to continuing:

Social Security

I do not receive any other type of income.

**Permission to Contact Financial Institutions for WAYNE ADAM RICKERT I**

We have asked you for permission to obtain, from any financial institution, any financial record about you that is held by the institution.  We will ask financial institutions for this information whenever we think it is needed to decide if you are eligible or if you continue to be eligible for SSI benefits. Once authorized, our permission to contact financial institutions remains in effect until one of the following occurs:  (1) you notify us in writing that you are canceling your permission, (2) your application for SSI is denied in a final decision, or (3) your eligibility for SSI terminates.  If you do not give or cancel your permission, you will not be eligible for SSI and we will deny your claim or stop your payments.

I give SSA permission to contact any financial institution and request any financial records that financial institution may have about me.

## Authorization for the Social Security Administration to Obtain Personal Information for WAYNE ADAM RICKERT I.  Dated August 3, 2016.

We ask authorization for any public or private custodian of records to disclose any information to the Social Security Administration when we think it is needed for Social Security benefits.  Once authorized, our permission to receive this information remains in effect until one of the following occurs:  (1) you notify us in writing that the authorization is revoked, (2) all Social Security applications are denied in a final decision or are withdrawn, or (3) eligibility for all Social Security benefits terminates.

I, WAYNE RICKERT, authorize any public or private custodian of records to disclose to the Social Security Administration any records or information about me.

## Important Reminder

## Penalty of Perjury

You declared under penalty of perjury that all the information on this summary is true and correct to the best of your knowledge.  Anyone who knowingly gives a false or misleading statement about a material fact in an application, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

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
11/15/2019

## Important Information--Please Read Carefully

You must report any change within 10 days after the end of the month it occurs. If you don't, a penalty amount may be deducted from your benefit.

We will check your statements and compare our records with records from other State and Federal agencies, including the Internal Revenue Service, to make sure you you need paid the correct amount.

If you have a question or something to report, call 866-964-3971 Ext 28630 and ask for MRS JOHNSON. If you call or visit our office, please have this summary with you. For general information about Social Security, visit our web site at www.socialsecurity.gov on the Internet.

You may visit or write to the Social Security Office at:

SOCIAL SECURITY
SUITE 300
2 COURT STREET
BINGHAMTON NY 13901

We will process this application for Supplemental Security Income as quickly as possible. If you have trouble getting any information or records we have asked for, please contact us and we will help you.

You should hear from us within 90 to 120 days after you have given us all the information we requested. Some claims may take longer if we need more information. If you do not get a payment or a letter by then, please get in touch with us.

## Helpful Health Care Websites

### Health Information

The U.S. Department of Health and Human Services provides information on many health topics at www.healthfinder.gov on the Internet. You may wish to visit that site to review that information, which may be helpful to you.

### Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what programs are offered by drug companies, state and local governments, and local organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

### Reporting Responsibilities for Supplemental Security Income

The amount of a Supplemental Security Income payment is based on the information told to us. You must tell Social Security every time there is a change while we process this application AND if you start receiving Supplemental Security Income.

Remember, a change may make the SSI monthly payment bigger or smaller. Report changes in income of your ineligible spouse who lives with you, or your sponsor or sponsor's spouse if you are an alien. You must also report changes in things of value that these people own. Report changes in income, school attendance and marital status of ineligible children who live with you.

You must tell us about any change within 10 days after the month it happens. If you do not report changes, we may have to take as much as $25, $50, or $100 out of future payments.

### How to Report Changes for Supplemental Security Income

You can make your reports by telephone at the telephone number shown or you may report in person or by mail at the address shown. Always give the Social Security number when writing or telephoning us. If you have any questions, we will be glad to help you. See "Changes to Report for Supplemental Security Income".

### Changes To Report For Supplemental Security Income

**Where You Live -- You must report to Social Security if:**

- You move.

- You (or your spouse) leave your household for a calendar month or longer. For example, you enter a hospital or visit a relative.

- You are no longer a legal resident of the United States.

- You leave the United States for 30 days or more.

- You are admitted to, for a calendar month or longer, or released from a hospital, nursing home, prison or other institution.

**How You Live -- You must report to Social Security:**

- If someone moves into or out of your household.

- If the amount of money you pay toward household expenses changes.

- Births and deaths of any people with whom you live.

- Your marital status changes:
  - You get married.
  - Your marriage ends in divorce or is annulled.
  - You separate from your spouse or start living together again after a separation.
  - You begin living with someone as your spouse.
  - Your spouse or former spouse dies.

**Income -- You must report to Social Security if:**

- The amount of money (or checks or any other type of payment) you receive from someone or someplace goes up or down or you start to receive money (or checks or any other type of payment).

- You start work or stop work.

- Your earnings go up or down.

- You become eligible for benefits other than SSI.

**Help You Get From Others -- You must report to Social Security if:**

- The amount of help (money, food or payment of household expenses) you receive goes up or down.

- Someone stops helping you.

- Someone starts helping you.

**Things of Value That You Own -- You must report to Social Security if:**

- The value of your resources goes over $2,000 when you add them all together ($3,000 if you are married and living with your spouse).

- You sell or give any things of value away.

- You buy or are given anything of value.

**You are Blind or Disabled -- You must report to Social Security if:**

- Your condition improves or your doctor says you can return to work.

- You go to work.

**Felony Or Arrest Warrant - You must report to Social Security if you have a felony or arrest warrant for:**

- Escape from custody,

- Flight to avoid prosecution or confinement, or

- Flight-escape

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                                                    Page  8 of  9
11/15/2019

## Privacy Act Statement

### Collection and Use of Personal Information

Section 1631(e) of the Social Security Act, as amended, authorizes us to collect this information.  The information you provide us will be used to enable the Social Security Administration to determine if you are eligible for Supplemental Security Income (SSI) payments.

The information you furnish on this form is voluntary.  However, failure to provide the requested information may keep us from making an accurate and timely decision on your claim, which in turn may result in loss of some payments.

We rarely use the information you supply for any purpose other than for determining eligibility for SSI.  However, we may use it for the administration and integrity of Social Security programs.  We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal Laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies.  Information from these matching programs can be used to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Complete lists of routine uses for this information are available in System of Records Notice 60-0103, Supplemental Security Income Record and Special Veterans Benefits, and also in System of Records Notice 60-0089, Claims Folder Systems.  The Notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at your local Social Security office.

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                                                      Page  9 of  9
11/15/2019

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 U.S.C. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 40 minutes to read the instructions, gather the facts, and answer the questions. Send or bring the Completed Form to Your Local Social Security Office. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to:  SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.



# DISABILITY RIGHTS NEW YORK

**New York's Protection & Advocacy System and Client Assistance Program**

March 9, 2018

*[handwritten notes: Judge stated disability began Sept 4 / onset date Jan 1st 2018 / Abnormal EKG / High Blood pressure / possible Arithmia / 230 / 27 / ...]*

Wayne Rickert
PO Box 143
Norwich, NY 13815

Dear Mr. Rickett;

This letter follows your call to Disability Rights New York regarding the denial of your Social Security Administration benefits and scheduled hearing. During the call, you mentioned that you have an attorney working with you on this matter. After reviewing your information and consulting with our intake attorney, Anthony Baer, Esq., we are not able to provide assistance because we do not handle Social Security disability determination appeals. However, we may be able to offer technical assistance to your attorney for disability related issues, should they be interested. Your attorney may contact our office at (518) 432-7861 with any questions.

Please note that Disability Rights New York has not assessed the matter about which you have contacted us, and therefore has not made a determination of the rights and remedies in this situation. Certain remedies, such as filing a lawsuit, complaint, charge, appeal or other legal proceeding, have strict deadlines which may apply. Therefore you should promptly contact a private attorney.

I wish you all the best. Thank you for contacting Disability Rights New York.

Sincerely,

*Lyn Caggiano-Cresswell*
Lyn Caggiano-Cresswell
Intake Specialist

Encl.: DRNY Grievance and Document Retention & Destruction Policy

| 725 Broadway, Suite 450 | 25 Chapel Street, Suite 1005 | 44 Exchange Blvd, Suite 110 |
|---|---|---|
| Albany, New York 12207 | Brooklyn, New York 11201 | Rochester, New York 14614 |
| (518) 427-6561 (fax) | (718) 797-1161 (fax) | (585) 348-9823 (fax) |

mail@DRNY.org ● www.DRNY.org

(800) 993-8982 (toll free) ● (518) 432-7861 (voice) ● (518) 512-3448 (TTY)

June - 11th 10:45 1/29/ , 

↳ Kennuth, Theurer!

SOCIAL SECURITY ADMINISTRATION

Refer to: Wayne Adam Rickert I

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: September 25, 2018

*Attorney New*
*Thomas Giodarno,*

~~William P. Gordon~~
~~P.O. Box 34685~~
~~Washington, DC 20043-4685~~

*-No Longer*
*Represents me!*
*(Fee Agreement*
*waived!*

*Onset Dated*
*May 2016!*

Dear Mr. Gordon:

Re:  Wayne Adam Rickert I, C/O Melinda Rickert, 122 Foulds Road, Pitcher, NY 13136

We have received a request for review of the Administrative Law Judge's action in this case.

**You May Send More Information**

You may send us a statement about the facts and the law in this case or additional evidence. We consider additional evidence that you show is new, material, and relates to the period on or before the date of the hearing decision. You must also show there is a reasonable probability that the additional evidence would change the outcome of the decision. You must show good cause for why you missed informing us about or submitting it earlier.

Additional material should be submitted following the preferred methods outlined on the Electronic Disability Processing sheet.

**We Will Not Act For 25 Days**

If you have more information, you must send it to us within 25 days of the date of this letter. We will not allow more time to send information except for very good reasons.

Our address and FAX number are:

**ADDRESS:**        Appeals Council
            ATTN:  Branch 7, Suite 1003
            5107 Leesburg Pike
            Falls Church, VA 22041-3255

**FAX:**            (877)310-0025 (must include barcode)

*Put the claimant's Social Security Number on your request.*

See Next Page

Wayne Adam Rickert I                                                    Page 2 of 2

*If you send us anything by fax, please do not send duplicates by mail. That may delay processing your claim.*

**What Happens Next**

If we do not hear from you within 25 days, we will assume that you do not want to send us more information. We will then proceed with our action based on the record we have.

**If You Have Any Questions**

If you have any questions, you may call or write the Appeals Council. Our telephone number and address are shown at the top of this letter. If you do call, please have this notice with you.


                                        Donna Bynum
                                        Legal Assistant


Enclosure(s):
Electronic Disability Claims Processing Insert
Barcode Sheets


cc:
Wayne Adam Rickert I
C/O Melinda Rickert
122 Foulds Road
Pitcher, NY 13136





**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

---

Voice - (800) 368-1019                                      Office for Civil Rights
TDD - (202) 619-3257                                        200 Independence Avenue, S.W.,
Fax - (202) 619-3818                                        Room 509F
http://www.hhs.gov/ocr                                      Washington, DC 20201

November 5, 2019

Wayne Rickert
43 Birdsall Street Apt. D
Norwich, NY 13815

Re:  OCR Transaction Number:  CU-20-361399
                             Rickert, Wayne vs. Binghamton SSA

Dear Wayne Rickert:

Thank you for your correspondence to the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR).

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Based upon review of your correspondence, we have determined that OCR will not investigate your complaint.  Binghamton SSA does not receive funds from HHS, and thus OCR has no jurisdiction over the entity.  We are closing your complaint and will take no further action regarding the issue(s) you have raised.

We regret that we are unable to assist you in this matter.  If you have any questions about this matter, please contact Centralized Case Management Operations at (800) 368-1019 or (202) 619-3257 (TDD).

Sincerely,

Marisa M. Smith, Ph.D.
Acting Director, Centralized Case Management
Operations (CCMO)

# Social Security Administration
# **Supplemental Security Income**
Notice of Award

SOCIAL SECURITY
2 COURT STREET
SUITE 300
BINGHAMTON NY 13901
Date:  December 20, 2019
BNC#:  19S1333D59332 DI

||·||₁|ᴵᴵ·ᴵ·ᴵ₁ᴵ|ᵢₚᵢₚ|·|ᴵᴵₙ|ᴵᴵ|·ᴵ·|ₗ|ᴵ₁|·|ₚ·ᴵᴵ|ᴵ|·ᴵₗ|·ᴵ|ᴵₙₐᴵᴵ·|·



0003521  00003521      3 MB  0.428 SI6LNA T21 P1
SSI M06 12/13 104 19S1333D59332
WAYNE ADAM RICKERT I
122 FOULDS RD
PITCHER NY 13136-2604

On November 5, 2019, we made a decision on the request for hearing that you filed on a Supplemental Security Income (SSI) claim dated September 4, 2018. The decision was that you meet the medical requirements to receive SSI. We now find that you meet the non-medical rules.  Because of this, you are eligible for SSI as of September 2018 based on being disabled.

The rest of this letter explains your current monthly payment, your back payments, how we figured your payment amount, information about Medicaid, your reporting responsibilities, and your appeal rights.

## **Your Current Monthly Payment**

Your current monthly payment is $522.00 for January 2020.  This amount will continue unless there is a change in the information we use to determine your SSI eligibility and payment amount.

## **Your Back Payments**

| From | Through | Monthly Payment Amount | Total |
|---|---|---|---|
| October 2018 | December 2018 | $500.00 | $1,500.00 |
| January 2019 | December 2019 | $514.00 | $6,168.00 |
|  |  | Total Back Payments Due To You | $7,668.00 |

We explain how we figured the monthly payment amounts on the worksheets at the end of this letter.  The explanation shows how your income, other than any SSI payments, affects your SSI payment.

[handwritten: pd cashed Jan/21 SSA Binghamton]

[handwritten: UNDER PAYMENT]

See Next Page

SSA-L8025

Case 3:20-cv-00300-MEM   Document 1   Filed 02/20/20   Page 22 of 23

19S1333D59332
12/20/2019
Page 2 of 15

## Information About Your Back Payments

We will send you another letter about your back payments.

## When You Will Receive Your Payments

You will receive your monthly payment of $522.00 around January 1, 2020, and on the first of each month after that.

## Information About Your SSI Payments

Federal regulations require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-855-290-1545 to see if you qualify for an exemption.

## Information Used To Determine Your Payments

We based the decision on these facts:



- You meet all the rules to be eligible for SSI beginning September 4, 2018. Our rules do not allow us to pay SSI until the month after you first meet all of our eligibility rules. Therefore, the first month we can pay you is October 2018.

- You were found disabled on September 4, 2018.

- SSI is a Federal program. However, some States give us money to add to the SSI payments. When you are eligible for SSI, payments may include Federal money, State money, or both.

- The amount of SSI we pay depends on your living arrangements. Your living arrangements are where you live, with whom you live, and how your food and shelter expenses are paid. Based on the information we have, your Federal living arrangement is:

   -- Category B for October 2018 on

   Please see the enclosed "Fact Sheet on SSI Federal Living Arrangement Categories" for a description of this Federal living arrangement category and others.

- You are living in Chenango County in the State of New York for September 2018 on.

- The amount of money we pay you from the State where you live depends on its rules.

   You are in the County of Chenango in the State of New York for October 2018 on. We do not pay money for the State of New York.

SSA-L8025

Court Name: District Court
Division: 3
Receipt Number: 33507B131
Cashier ID: epetrosk
Transaction Date: 02/20/2020
Payer Name: WAYNE RICKERT

CIVIL FILING FEE
 For: WAYNE RICKERT
 Case/Party: D-PAM-3-20-CV-000300-001
 Amount:         $400.00

Paper Check Conversion
 Check/Money Order Num: 2630/030033
 Amt Tendered:  $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:        $0.00

Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.