UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE ADAM RICKERT,                    :

       Plaintiff                           :        CIVIL ACTION NO. 3:20-300

v.                                     :        (JUDGE MANNION)

FREDERICK M. MAURIN,                   :

       Defendant                           :

FILED
SCRANTON
NOV 18 2020
PER _____
DEPUTY CLERK

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the Report of Judge Saporito, **(Doc. 5)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**, under Fed.R.Civ.P. 4(m), due to his failure to timely perfect service on the defendant and his failure to demonstrate good cause regarding his lack of service; and

(3) the Clerk of Court is directed to **CLOSE THIS CASE**.

                                             *s/ Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

Date: November 18, 2020
20-300-01-ORDER